# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF TEXAS

# SAN ANTONIO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **vi.** ) | **SA-20- MJ-00431** |
| ) | |
| **Ulises Arturo Sanchez-Vazquez aka Manguito** ) | |

## ORDER

Came on this date to be considered the Government's Motion to Seal the Criminal Complaint, Supporting Affidavit, Arrest Warrant, and Motion to Detain, and after considering the same, the Court is of the opinion that it should be granted in the interest of law enforcement. It is hereby,

ORDERED that the Clerk of the Court seal the Criminal Complaint, Supporting Affidavit, Arrest Warrant, Motion to Detain, the Government's Motion to Seal and this Order, save for two copies of each to be issued to the Affiant.

SIGNED AND ENTERED, this __19th__ day of __March__, 2020.

_____
ELIZABETH S. CHESTNEY
United States Magistrate Judge