AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

United States of America
v.

Ulises Arturo SANCHEZ-Vazquez aka Manguito

Defendant(s)

Case No. SA-20-MJ-00431

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of October 29, 2019 in the county of Bexar in the Western District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(5) | Illegal alien in possession of a firearm |
| | PENALTIES: 10 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

*Eric Watkins*
Complainant's signature

Eric A. Watkins, SA ATF
Printed name and title

☑ Sworn to before me and signed in my presence.
☐ Sworn to telephonically and signed electronically.

Date: March 19, 2020

Judge's signature

City and state: San Antonio, Texas

ELIZABETH S. CHESTNEY, US MAGISTRATE JUDGE
Printed name and title

## AFFIDAVIT

I, Special Agent Eric Watkins, being duly sworn do hereby depose and state:

1. Your affiant is currently employed as a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and has been so employed since October 2018. Additionally, between April 2014 and October 2018 your affiant was a sworn ATF Task Force Officer, and therefore, since April 2014, your affiant has participated in investigations concerning violations of Titles 18, 21, and 26.

2. On October 29, 2019, the SAPD Auto Theft Unit executed a state search warrant at a residence at the 170 block of Amber Valley in San Antonio, Texas. Before obtaining the warrant, officers had observed a stolen vehicle in the driveway and saw Ulises Arturo SANCHEZ-Vazquez aka Manguito leave the residence. Officers arrested SANCHEZ-Vazquez and searched the residence. During the search, officers found a customized Colt model Government 1911, .38 Super pistol, SN- 2933521, with Mexican flag grips. In a post-Miranda interview, SANCHEZ-Vazquez admitted to possessing this pistol, and to residing at the address.

4. An ATF Interstate Nexus examination revealed that the customized Colt model Government 1911, .38 Super pistol, SN- 2933521 with Mexican flag grips was not manufactured in the State of Texas, and therefore traveled in interstate and/or foreign commerce.

5. Ulises Arturo SANCHEZ-Vazquez is a citizen and national of Mexico residing in the United States illegally. SANCHEZ-Vazquez admitted during his post-Miranda interview that he is from San Luis, Mexico. Agents from Homeland Security Investigations confirmed that SANCHEZ-Vazquez is not a United States Citizen and that he has previously been deported by federal immigration authorities.

Based on the above facts, your affiant believes there is probable cause that Ulises Arturo SANCHEZ-Vazquez aka Manguito is an illegal alien, and was in possession of a firearm in violation of 18 U.S.C. § 922(g)(5).

_Eric Watkins_
Special Agent Eric A. Watkins
Bureau of Alcohol, Tobacco, Firearms & Explosives

SUBSCRIBED AND SWORN TO ME THIS __19__ DAY OF MARCH 2020.

HONORABLE ELIZABETH S. CHESTNEY
UNITED STATES MAGISTRATE JUDGE